IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROBERT W. AVERY**                                            **PLAINTIFF**

**V.**                      **CASE NO. 5:18-CV-05061**

**DEPUTY JOSH HILL; MAJOR
RANDALL DENZER; LLOYD
MUGGY; and SHERIFF TIM HELDER,
Washington County, Arkansas**                         **DEFENDANTS**

## JUDGMENT

For the reasons stated in a Memorandum Opinion and Order filed this day, Defendants' Motion for Summary Judgment is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 17th day of August, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE